ACCEPTED
01-14-00999-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/19/2015 4:45:50 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00999-CV

IN THE TEXAS COURT OF APPEALS
FOR THE FIRST DISTRICT
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/19/2015 4:45:50 PM

CHRISTOPHER A. PRINE
Clerk

SAHAMI INVESTMENTS, LTD.,
*Appellant,*

v.

STATELY HOMES, LLC, THEODORE MORE, AND
BRYAN PHILLIPS,
*Appellees.*

---

## MOTION TO EXTEND TIME FOR FILING CLERK'S RECORD

---

Stately Homes, LLC, Theodore More, and Bryan Phillips, Appellees, move this Court to grant an extension of time to file the Clerk's Record, and respectfully state:

1. The Clerk's Record is due February 19, 2015 in accordance with a January 20, 2015 notice from the Clerk of the Court.

2. Appellees request an additional two (2) weeks, until March 5, 2015, to file a supplemental Clerk's Record and, for cause, would show:

During the 30-day time period allowed for filing the Clerk's Record, counsel for Appellant and Appellees have been engaged in settlement negotiations.

3. This is Appellee counsel's first request for an extension of time to file the Clerk's Record.

4.     This motion is not sought for the purpose of delay, but rather so that justice may be done

## CONCLUSION AND PRAYER

For the foregoing reasons, Appellees request this Court to grant an extension of time to file its Clerk's Record until March 5, 2015. Appellees additionally request such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

PAXSON & ASSOCIATES, P.C.

By:_____
Stephen Paxson
State Bar No. 15648400
2240 Bissonnet Street
Houston, Texas 77005
sbp@paxsonpc.com
713.589.5519 Telephone
713.892.5520 Facsimile

**ATTORNEYS FOR STATELY HOMES, LLC, THEODORE MORE, AND BRYAN PHILLIPS**

## CERTIFICATE OF CONFERENCE

This is to certify that I have conferred with counsel for Appellant regarding the Appellees' request for extension of time and counsel is unopposed to the extension.

_____
STEPHEN PAXSON

2

## CERTIFICATE OF COMPLIANCE

This motion complies with the typeface requirements of Texas Rules of Appellate Procedure 9. The motion with certificates contains 423 words.

_____
STEPHEN PAXSON

## CERTIFICATE OF SERVICE

I hereby certify that I have complied with TEX. R. APP. P. 9.5as amended by the Texas Supreme Court in Misc. Docket No. 11-9033, Part II, (3(a) and Local Rule 4(c)(1) of the Fourteenth Court of Appeals that call for the foregoing Appellee's Motion to Extend Time for Filing Clerk's Record to be e-filed with the Clerk of the Fourteenth Court of Appeals of Texas at Houston, together with this proof of service, and that a true and correct copy of same has been electronically served on the 19th day of February, 2015, via e-service to the following counsel of record:

Brandon M. Barchus
Faulk Barchus, PLLC
800 Bering Drive, Suite 400
Houston, TX 77057
bbarchus@faulkbarchus.com

_____
STEPHEN PAXSON